IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERALD LEE LYNCH, JR.,

    Petitioner,

v.

DAN WESTFIELD,

    Respondent.

ORDER

Case No. 14-cv-904-jdp

---

Petitioner Gerald Lee Lynch, Jr. has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5 filing fee nor asked for leave to proceed without prepayment of fees or costs.  In the event that petitioner wishes to proceed without prepayment of the filing fee, any motion for leave to proceed without prepayment of the filing fee must include a certified copy of a six-month trust fund account statement for the period beginning approximately July 1, 2014 through the date of the petition, December 31, 2014.

ORDER

IT IS ORDERED that petitioner Gerald Lee Lynch, Jr. may have until January 27, 2015, in which to either pay the $5 filing fee or to submit a motion for leave to proceed without prepayment of the filing fee together with a certified copy of his six-month trust fund account statement.  If, by January 27, 2015, petitioner fails to respond to this order, this case will be closed without further notice.

Entered this 6th day of January, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

1