IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD LEE LYNCH, JR.,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 14-cv-904-jdp

DAN WESTFIELD,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by Gerald L. Lynch, Jr. for lack of authorization as a second or successive application.

/s/                                                         4/28/2016

Peter Oppeneer, Clerk of Court                       Date